JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK RAPID, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MILLIONWAY INTERNATIONAL, INC., a Texas corporation, and DOT LINE CORP., a California corporation,<br><br>　　　　Defendants.<br>_____ | CASE NO. CV13-01607 SJO(SPx).(rn)<br><br>JUDGMENT GRANTING BLACK RAPID, INC. DEFAULT JUDGMENT AGAINST MILLIONWAY INTERNATIONAL, INC.<br><br>DATE:　　JUNE 10, 2013<br>TIME:　　10:00 A.M..<br>PLACE:　 COURTROOM 1<br>　　　　　312 Spring Street<br>　　　　　2nd Floor<br>　　　　　Los Angeles, CA 90012 |

In accordance with this Court's Order Granting Plaintiff's Motion for Entry of Default Judgment, the Court hereby orders judgment in favor of Plaintiff Black Rapids, Inc. ("Black Rapids") against Defendant Millionway International, Inc. ("Millionway").  The Court also orders a permanent injunction enjoining Millionway, its agents, servants, employees and all persons acting under their permission and authority, from infringing United States Patent No. 8,047,729

---

JUDGMENT GRANTING BLACK RAPIDS DEFAULT JUDGMENT AGAINST MILLIONWAY INTERNATIONAL, INC.

1  ("729 Patent") by making, using, selling, offering to sell, or importing any
2  infringing product manufactured, used, sold, offered for sale, or imported by
3  Defendant, and from inducing others to do the same.  This injunction is effective as
4  of the date of this default judgment and continues until the expiration the '729
5  Patent."

7        IT IS SO ORDERED.

9  Dated: June 10, 2013      _____
10                                 United States District Judge

JUDGMENT GRANTING BLACK RAPIDS DEFAULT JUDGMENT AGAINST
MILLIONWAY INTERNATIONAL, INC.
- 2 -