DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JENNIFER L. BROCKETT (State Bar No. 193433)
 jenniferbrockett@dwt.com

F. ROSS BOUNDY, *pro hac vice*
 rossboundy @dwt.com
BENJAMIN J. BYER, *pro hac vice*
 benbyer@dwt.com
WARREN J. RHEAUME, *pro hac vice*
 warrenrheaume@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700

Attorneys for Plaintiff
BLACK RAPID, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK RAPID, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MILLIONWAY INTERNATIONAL, INC., a Texas corporation, and DOT LINE CORP., a California corporation,<br><br>　　　　　Defendants. | Case No. **CV 13-01607 SJO(SPx).(rn)**<br>Assigned to the Hon. S. James Otero<br><br>**BLACK RAPID, INC.'S FEE REQUEST RE: MOTION FOR CONTEMPT AND SANCTIONS** |

As requested by the Court's Order Granting in part Black Rapid's Motion for Contempt and Sanctions, Black Rapid submits this petition detailing the "costs and fees that flow from Millionway and XP Photo's violation of the Injunction." Dkt. 44 at 10. The Declaration of Benjamin J. Byer, submitted with this petition, describes the method by which Black Rapid calculated its fees and costs, provides a table summarizing those expenses and detailing the allocations applied, and attaches the underlying invoices.

These costs and fees total **$91,129.17**.

DATED: October 4, 2013

DAVIS WRIGHT TREMAINE LLP
JENNIFER L. BROCKETT
F. ROSS BOUNDY
WARREN J. RHEAUME
BENJAMIN J. BYER

By: /s/ *Benjamin J. Byer*
Benjamin J. Byer
Attorneys for Plaintiff
BLACK RAPID, INC.