1 | **DAVIS WRIGHT TREMAINE LLP**
2 | 865 S. FIGUEROA ST.
  | SUITE 2400
3 | LOS ANGELES, CALIFORNIA 90017-2566
  | TELEPHONE (213) 633-6800
  | FAX (213) 633-6899

4 | JENNIFER L. BROCKETT (State Bar No. 193433)
5 |   jenniferbrockett@dwt.com

6 | F. ROSS BOUNDY, *pro hac vice*
  |   rossboundy @dwt.com
7 | BENJAMIN J. BYER, *pro hac vice*
  |   benbyer@dwt.com
8 | WARREN J. RHEAUME, *pro hac vice*
  |   warrenrheaume@dwt.com
9 | DAVIS WRIGHT TREMAINE LLP
10 | 1201 Third Avenue, Suite 2200
  | Seattle, Washington 98101-3045
11 | Telephone: (206) 622-3150
  | Fax: (206) 757-7700
12 |
13 | Attorneys for Plaintiff
  | BLACK RAPID, INC.

15 | UNITED STATES DISTRICT COURT
16 | CENTRAL DISTRICT OF CALIFORNIA

18 | BLACK RAPID, INC., a Washington ) Case No. **CV 13-01607 SJO(SPx).(rn)**
19 | corporation,                    ) Assigned to the Hon. S. James Otero
20 |                     Plaintiff,  )
21 |           vs.                   ) **DECLARATION OF BENJAMIN J.**
  |                                  ) **BYER IN SUPPORT OF BLACK**
22 | MILLIONWAY INTERNATIONAL,        ) **RAPID, INC.'S FEE REQUEST RE:**
  | INC., a Texas corporation, and DOT ) **MOTION FOR CONTEMPT AND**
23 | LINE CORP., a California corporation, ) **SANCTIONS**
  |                                  )
24 |                     Defendants. )
  | _____ )

I, Benjamin J. Byer., declare:

1.      I am an attorney with Davis Wright Tremaine LLP ("DWT") and am one of the attorneys of record for defendant Black Rapid, Inc.  I have personal knowledge of the matters herein.

2.      I have reviewed the Court's Order Granting in part Black Rapid's Motion for Contempt and Sanctions, and understand the Court "awards to Plaintiff those costs and fees that flow from Millionway and XP Photo's violation of the Injunction."  Dkt. 44 at 10.

3.      I was the attorney primarily responsible for Black Rapid's response to Millionway and XP Photo's (collectively "Contempt Respondents") violation of the Injunction.

4.      As discussed in Black Rapid's Motion for Contempt and Sanctions, the Contempt Respondents made every effort to circumvent any attempt to slow their infringement.  Dkt. 35 at 6-10.  This forced Black Rapid to undertake numerous actions and incur significant attorneys' fees attempting to enforce the Court's Injunction.  These activities include:

     a.  monitoring and recording Contempt Respondents's failure to comply with the Injunction, including tracking their original websites (www.carryspeed.com and www.xpphotogear.com) and Millionway's newly launched website (www.carryspeedstrap.com) directed specifically at selling the Carry Speed sling straps subject to the Injunction;

     b.  requesting Contempt Respondents comply with the Injunction by drafting and serving cease and desist notices;

     c.  sorting between the Contempt Respondents's contemptuous sales that violated the Injunction, and other proper third-party sales originating from Dot Line in accordance with the Paragraph 3 of the Consent Judgment (Dkt. 26);

DECLARATION OF BENJAMIN J. BYER
DWT 22656364v3 0083874-000111

d. Drafting and serving a request to Shopify, Inc. ("Shopify"), the company providing the software that enables Millionway to make direct sales into the United States through its website, demanding removal of the webpages through which Millionway sold products in violation of the Injunction;

e. Monitoring, recording, and responding to Millionway's attempts to circumvent Shopify's efforts to remove improper webpages;

f. Drafting and serving requests to eBay and Amazon.com seeking removal of infringing products sold by the Contempt Respondents on those websites in violation of the Injunction;

g. Responding to the sworn statement from Millionway's registered agent to eBay declaring that its products do not infringe Black Rapid's patent, in direct contradiction to this Court's findings;

h. Communicating with counsel for Contempt Respondents regarding their continued violation of the Injunction and responding to threats to bring ethical complaints against Black Rapid's counsel for their efforts to enforce the Injunction;

i. Ultimately, Contempt Respondents forced Black Rapid to prepare and file its Motion for Contempt and Sanctions, supported by detailed declarations describing their non-compliance, including more than 50 exhibits demonstrating Contempt Respondent's pattern of intentional violation.

5.    All of these activities flow directly from Millionway and XP Photo's violation of the injunction.

6.    A summary of the costs and fees incurred by Black Rapid enforcing the Injunction against Millionway and XP Photo, from June 10, 2013 (the day the Court issued the Injunction) through the present, is attached as **Exhibit A**.  These costs and fees cover three related lawsuits: (1) this lawsuit, (2) the subsequent lawsuit

DECLARATION OF BENJAMIN J. BYER
DWT 22656364v3 0083874-000111

Millionway brought against Black Rapid in the Southern District of Texas claiming Black Rapid's patent was invalid and unenforceable, and (3) the subsequent lawsuit XP Photo brought against Black Rapid in the Southern District of Texas claiming Black Rapid's patent was invalid and unenforceable.

7.    As shown on page 1 of Exhibit A, Black Rapid spent $134,439.79 in its dispute with the Contempt Respondents since the Court granted the Injunction.  Of that, Black Rapid spent $91,129.17 directly as a result of Millionway and XP Photo's violation of the Injunction.  Black Rapid spent the remaining $43,310.62 responding to the complaints the Contempt Respondents filed in the Southern District of Texas.  Because Black Rapid is unsure whether the Court will consider those activities to "flow directly from Millionway and XP Photo's violation of the injunction," this Fee Petition does not include the fees and costs that result from Contempt Respondents' Southern District of Texas lawsuits.

8.    To allocate Black Rapid's fees between enforcement of the Injunction and responding to the Texas lawsuits I reviewed every DWT billing entry, and analyzed each time description to determine the percentage related to enforcement of the Injunction.  I individually applied that percentage to the entry's dollar value to compute the portion of the fee.  Of the $131,157.00 in DWT fees Black Rapid incurred following the Injunction, it spent approximately 68% as a result of Millionway and XP Photo's violation of the Injunction.

9.    Where possible, I allocated costs directly to either the Injunction violation or the Texas lawsuits.  Where individual costs allocation was not feasible, I assumed 68% of the cost was attributed to Millionway and XP Photo's violation of the Injunction because costs tend to be accrued in proportion to fees.  For example, I allocated all costs for local counsel in Texas to the Texas lawsuits and I allocated costs for legal research between the Injunction violation and the Texas lawsuits, 68% and 32% respectfully.  Because much of Black Rapid's costs were local counsel in

DECLARATION OF BENJAMIN J. BYER
DWT 22656364v3 0083874-000111

Texas, on average only 46% of Black Rapid's costs were attributed to the Injunction violation (totaling $1,506.03).

10.    Details of the DWT-billed fees and my allocations of those fees are shown on pages 2-16 of Exhibit A.  Where our billing entries did not relate to the Injunction violation, I redacted that information.  Those fees are not included in this petition.  Details of the DWT billed costs and my allocations of those costs are shown on pages 17-19 of Exhibit A.  Although our September bills have not yet been mailed to Black Rapid, I have reviewed them to confirm that they will include all of the fees and costs shown in the relevant portions of Exhibit A.

11.    **Exhibit B** is a true and correct copy of the invoices submitted by DWT to Black Rapid for services rendered in this lawsuit since the Court entered the Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this fourth day of October, 2013.


_____ /s/ *Benjamin J. Byer* _____
Benjamin J. Byer

DECLARATION OF BENJAMIN J. BYER
DWT 22656364v3 0083874-000111

# EXHIBIT A

| | Average Fee Allocation | Fees | Average Cost Allocation | Costs | | Total Costs and Fees |
|---|---|---|---|---|---|---|
| Billed Fees and Costs | | $ 105,387.50 | | $ 3,100.64 | $ | 108,488.14 |
| Unbilled Fees and Costs | | $ 25,769.50 | | $ 182.15 | $ | 25,951.65 |
| Total Fees and Costs | | $ 131,157.00 | | $ 3,282.79 | $ | 134,439.79 |
| | | | | | | |
| Defend Texas Lawsuits | 32% | $ 41,533.86 | 54% | $ 1,776.76 | $ | 43,310.62 |
| Enforce Injunction Against Millionway and XP Photo | 68% | $ 89,623.15 | 46% | $ 1,506.03 | $ | 91,129.17 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 6/11/2013 7/5/2013 | George Rondeau Invoice=6156508 | 1.4 | $ 833.00 | ███████████████ ███████████████ | 0% | $ - |
| 6/11/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 1 | $ 630.00 | ███████████████ ███████████████ | 0% | $ - |
| 6/11/2013 7/5/2013 | Connelly Johnson Invoice=6156508 | 0.3 | $ 61.50 | Research contact info for "XPPhoto Gear" for B Byer | 100% | $ 61.50 |
| 6/11/2013 7/5/2013 | Connelly Johnson Invoice=6156508 | 0.1 | $ 20.50 | Research "Millionway Int'l" registered agent for B Byers | 100% | $ 20.50 |
| 6/11/2013 7/5/2013 | Ben Byer Invoice=6156508 | 4.6 | $ 1,725.00 | Analyze order granting injunction; research current state of Millionway sales activity; draft report summarizing findings; legal research regarding enforcement of orders against Millionway and third party resellers; prepare for and participate in team strategy call; correspond with counsel for Dot Line regarding resale of Carry Speed straps; draft letter to Carry Speed providing notice of injunction and update in response to comments of G. Rondeau | 100% | $ 1,725.00 |
| 6/12/2013 7/5/2013 | Ben Byer Invoice=6156508 | 4 | $ 1,500.00 | Draft cease and desist letters; create exhibits in support of the same; analyze docket and Millionway notice of appearance | 100% | $ 1,500.00 |
| 6/12/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.3 | $ 189.00 | Revise letter to Millionway and intraoffice conference with B. Byer regarding same; review Pro Hac Vice application Order for attorney Fink | 100% | $ 189.00 |
| 6/12/2013 7/5/2013 | George Rondeau Invoice=6156508 | 1.6 | $ 952.00 | Review Order Pro hac Vice granting admission of Millionway attorney to appear in case; conference with B. Byer; review and revise draft letters providing notice of injunction; review and revise draft letter to U.S. sales reps | 80% | $ 761.60 |
| 6/13/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 2.6 | $ 1,638.00 | Review correspondence to Shopifey and Ms. Whipple; review pro hac vice application of new attorney Fink; review correspondence from opposing counsel regarding motion to vacate default judgment; intraoffice conference with B. Byer and telephone conference with Ms. Whipple regarding same; intraoffice conference with B. Byer regarding evaluation and defensive strategy regarding same; correspondence with new Millionway attorney regarding response to threat of motion to vacate; instruct associate regarding chronology and Local Rule review; review Local Rule for Motion to Vacate | 100% | $ 1,638.00 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 6/13/2013 7/5/2013 | George Rondeau Invoice=6156508 | 4.2 | $ 2,499.00 | Review several emails to Ms. Whipple; review email from David Fink, new litigation attorney for Millionway; locate prior letter from Adler referred to therein; review current product line of Carry Speed to determine products to be stopped; conferences with B. Byer regarding same | 100% | $ 2,499.00 |
| 6/13/2013 7/5/2013 | Ben Byer Invoice=6156508 | 5.7 | $ 2,137.50 | Analyze letter from opposing counsel; legal research into local rules cited therein; conference with Ms. Whipple regarding the same; background research on opposing counsel; analyze new Carry Speed product with G. Rondeau; research operation of new product | 100% | $ 2,137.50 |
| 6/13/2013 8/16/2013 | Bret Masterson Invoice=6165363 | 1.7 | $ 348.50 | Background research on David Fink for B. Byer | 100% | $ 348.50 |
| 6/14/2013 8/16/2013 | Bret Masterson Invoice=6165363 | 1.3 | $ 266.50 | Background research on attorney David Fink for B. Byer | 100% | $ 266.50 |
| 6/14/2013 7/5/2013 | Ben Byer Invoice=6156508 | 2.5 | $ 937.50 | Analyze infringement issues with R. Boundy; analyze updated Carry Speed website; research changes to Carry Speed corporate registration; strategize method of stopping Carry Speed sales with G. Rondeau; legal research regarding opposing counsel | 100% | $ 937.50 |
| 6/14/2013 7/5/2013 | George Rondeau Invoice=6156508 | 0.6 | $ 357.00 | Review revised website of Carry Speed; conference with B. Byer regarding same and identification as a Canadian based company | 100% | $ 357.00 |
| 6/14/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.3 | $ 189.00 | Review background regarding attorney David Fink | 100% | $ 189.00 |
| 6/17/2013 7/5/2013 | George Rondeau Invoice=6156508 | 2.6 | $ 1,547.00 | Conference with B. Byer and R. Boundy regarding conference with attorney for Millionway, intervening rights, new Carry Speed connector design and related issues; review documents for prior trademark infringement action with Millionway and representations of Dr. Adler as IP attorney for Millionway; review new Carry Speed connector when supporting a camera with respect to claim coverage; conference with B. Byer regarding same; review intervening rights issue; conference with B. Byer regarding same | 100% | $ 1,547.00 |
| 6/17/2013 7/5/2013 | Ben Byer Invoice=6156508 | 6.6 | $ 2,475.00 | Factual in preparation for call with counsel for Carryspeed; draft timeline showing service and notice provided to Millionway regarding default; legal research regarding ability to set aside default based on excusable neglect; legal research regarding intervening rights; preliminary infringement analysis of new Carry Speed product; conference with counsel for Millionway | 100% | $ 2,475.00 |
| 6/17/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 2 | $ 1,260.00 | Intraoffice conference with B. Byer and G. Rondeau regarding infringement analysis of Carry | 100% | $ 1,260.00 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | Speed F-1 product and analysis of intervening rights; telephone conference with Millionway new attorney; consider Shopify website and possible contempt motion | | |
| 6/18/2013 7/5/2013 | Ben Byer Invoice=6156508 | 5.2 | $ 1,950.00 | Analyze F1 product with R. Boundy and confirm infringement; analyze file wrapper and consider construction issues; legal research regarding intervening rights; draft letter to counsel for Millionway; draft letter to Shopify; research eBay takedown policy; research eBay presence of Millionway and authorized reseller; begin drafting letter to eBay | 100% | $ 1,950.00 |
| 6/18/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.6 | $ 378.00 | Review correspondence with opposing counsel (Fink) regarding possible contempt motion; intraoffice conference with B. Byer regarding infringement analysis of Millionway F-1 strap and scope of possible intervening rights; consider response to Shopify | 100% | $ 378.00 |
| 6/19/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.6 | $ 378.00 | Intraoffice conference with B. Byer regarding infringement analysis of Millionway F-1 Date and notice to Amazon and e-Bay regarding injunction; telephone conference with Ms. Whipple regarding status | 100% | $ 378.00 |
| 6/19/2013 7/5/2013 | George Rondeau Invoice=6156508 | 0.9 | $ 535.50 | Review draft take-down letter to Amazon; review emails regarding intervening rights | 100% | $ 535.50 |
| 6/20/2013 7/5/2013 | George Rondeau Invoice=6156508 | 0.6 | $ 357.00 | Review emails regarding take down of Carry Speed website advertisements; conference with B. Byer regarding status of matters | 100% | $ 357.00 |
| 6/20/2013 7/5/2013 | Ben Byer Invoice=6156508 | 2.4 | $ 900.00 | Draft response to Shopify attaching copy of court pleadings; verify and record Shopify's compliance; oversee finalization of information packet to eBay; draft electronic version of letter to eBay and serve | 100% | $ 900.00 |
| 6/20/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.2 | $ 126.00 | Interoffice conference B. Byer regarding Shopify agreement to take down Millionway infringing product | 100% | $ 126.00 |
| 6/21/2013 7/5/2013 | Ben Byer Invoice=6156508 | 3.6 | $ 1,350.00 | Conference with representative from Amazon.com regarding take down procedure and confirming no conflict issues; conference with new counsel for Dot Line; preliminary analysis of data provided by Dot Line; draft letter to Dot Line counsel; draft take down notice to Amazon.com | 100% | $ 1,350.00 |
| 6/23/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 0.2 | $ 126.00 | ████████████████████ | 0% | $ - |
| 6/24/2013 7/5/2013 | Ben Byer Invoice=6156508 | 7 | $ 2,625.00 | Analyze Millionway complaint; draft summary of the same; research Fink admissions to Texas state bar; analyze updated Carry Speed website; correspond with Shopify regarding the same; draft updated eBay request; draft memo | 50% | $ 1,312.50 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | summarizing updates for Black Rapid; research potential local counsel; legal research regarding res judicata in the 5th Circuit | | |
| 6/24/2013 7/5/2013 | George Rondeau Invoice=6156508 | 1.6 | $ 952.00 | Review correspondence and Complaint filed in Texas by attorney for Millionway; review exchange of emails regarding same; conference with B. Byer regarding same and draft response letter to attorney for Millionway | 70% | $ 666.40 |
| 6/24/2013 7/5/2013 | Ross Boundy Invoice=6156508 | 2 | $ 1,260.00 | Review file; review correspondence with Mr. Fink regarding purported compliance with injunction; review opposing counsel bar association status; intraoffice conference with B. Byer regarding same; review correspondence Shopify and correspondence with Ms. Whipple regarding suggested approaches; more analysis of Texas Complaint; intraoffice conference with B. Byer regarding Texas local counsel engagement, possible motion to dismiss under collateral estoppel, mandatory counterclaim and waiver; draft correspondence with opposing counsel regarding same | 50% | $ 630.00 |
| 6/24/2013 8/16/2013 | Connelly Johnson Invoice=6165363 | 0.2 | $ 41.00 | ███████████████████████ | 0% | $ - |
| 6/25/2013 7/5/2013 | Ben Byer Invoice=6156508 | 0.1 | $ 37.50 | Analyze updated Carry Speed website | 100% | $ 37.50 |
| 6/26/2013 7/5/2013 | Ben Byer Invoice=6156508 | 0.7 | $ 262.50 | Analyze eBay response; analyze Carry Speed web page for changes; research potential dispute with eBay reseller; correspond with eBay and Black Rapid regarding the same | 100% | $ 262.50 |
| 6/27/2013 7/5/2013 | George Rondeau Invoice=6156508 | 0.4 | $ 238.00 | Review email and products Dot Line is continuing to sell; conference with B. Byer regarding same | 100% | $ 238.00 |
| 6/27/2013 7/5/2013 | Ben Byer Invoice=6156508 | 1 | $ 375.00 | Correspond with eBay; check status of take down requests; analyze correspondence from Dot Line and determine references products | 100% | $ 375.00 |
| 6/28/2013 7/5/2013 | Ben Byer Invoice=6156508 | 0.9 | $ 337.50 | ████████████████████ | 0% | $ - |
| 7/1/2013 8/16/2013 | Ross Boundy Invoice=6165363 | 0.4 | $ 252.00 | ████████████████████ | 0% | $ - |
| 7/1/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.6 | $ 225.00 | Analyze Carry Speed and Amazon.com websites; contact Amazon regarding take down notice; draft summary of issues for Black Rapid | 100% | $ 225.00 |
| 7/2/2013 8/16/2013 | Ben Byer Invoice=6165363 | 1.6 | $ 600.00 | ████████████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 7/2/2013 8/16/2013 | Christopher Robinson Invoice=6165363 | 1.4 | $ 686.00 | Research issue of border enforcement of patented goods per B. Byer; review U.S. Customs website for same; email report to B. Byer regarding exclusion orders and Tariff Act procedures | 100% | $ 686.00 |
| 7/3/2013 8/16/2013 | Christopher Robinson Invoice=6165363 | 0.3 | $ 147.00 | Follow up response to B. Byer regarding Section 337 investigations | 100% | $ 147.00 |
| 7/3/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.1 | $ 37.50 | Analyze Dot Line response regarding accessories | 100% | $ 37.50 |
| 7/5/2013 8/16/2013 | Ben Byer Invoice=6165363 | 1 | $ 375.00 | Analyze updated Carry Speed website; correspond with local counsel regarding Texas complaint; strategize ITC action with C. Robinson; draft proposed response to Dot Line | 50% | $ 187.50 |
| 7/5/2013 8/16/2013 | Ross Boundy Invoice=6165363 | 0.2 | $ 126.00 | ███████████████ | 0% | $ - |
| 7/8/2013 8/16/2013 | Ross Boundy Invoice=6165363 | 0.2 | $ 126.00 | Review correspondence from local counsel regarding opposing counsel bar admission; intraoffice conference with B. Byer regarding website status and overall strategy | 30% | $ 37.80 |
| 7/8/2013 8/16/2013 | Ben Byer Invoice=6165363 | 1.2 | $ 450.00 | ███████████████ | 0% | $ - |
| 7/9/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.3 | $ 112.50 | ███████████ | 0% | $ - |
| 7/10/2013 9/13/2013 | Ben Byer Invoice=6171338 | 0.3 | $ 112.50 | Analyze Carry Speed activities | 100% | $ 112.50 |
| 7/10/2013 8/16/2013 | Christopher Robinson Invoice=6165363 | 0.6 | $ 294.00 | Review ITC rules for B. Byer regarding use of court decision | 100% | $ 294.00 |
| 7/15/2013 8/16/2013 | Warren Rheaume Invoice=6165363 | 0.3 | $ 184.50 | Confer with B. Byer regarding enforcement of injunction | 100% | $ 184.50 |
| 7/15/2013 8/16/2013 | Ben Byer Invoice=6165363 | 1.3 | $ 487.50 | Strategize response to eBay with W. Rheaume; draft response letter; conference with B. Latham regarding enforcement and response strategy | 100% | $ 487.50 |
| 7/18/2013 8/16/2013 | Ben Byer Invoice=6165363 | 2.4 | $ 900.00 | Preliminary analysis of Millionway and XP Texas complaints; contact Amazon.com requesting status update | 20% | $ 180.00 |
| 7/18/2013 8/16/2013 | Ambika Kumar Dora Invoice=6165363 | 0.2 | $ 74.00 | ███████████ | 0% | $ - |
| 7/19/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.6 | $ 225.00 | ███████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 7/22/2013 8/16/2013 | Ross Boundy Invoice=6165363 | 1.2 | $ 756.00 | Conference with Ms. Whipple and Messrs. Spraetz and Henry regarding overview, analysis and strategy regarding Motion for Contempt, discovery and joinder of Tim Shu; review correspondence regarding eBay agreement not to sell Carrryspeed infringing product | 100% | $ 756.00 |
| 7/22/2013 8/16/2013 | Ben Byer Invoice=6165363 | 1.6 | $ 600.00 | Prepare for and participate in team strategy meeting; contact Dot Line regarding remaining product in inventory; conference with counsel for Dot Line | 100% | $ 600.00 |
| 7/23/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.1 | $ 37.50 | Analyze and reply to response from Amazon | 100% | $ 37.50 |
| 7/24/2013 8/16/2013 | Ben Byer Invoice=6165363 | 0.3 | $ 112.50 | Strategize motion for contempt with B. Soltani | 100% | $ 112.50 |
| 8/2/2013 9/13/2013 | Ben Byer Invoice=6171338 | 0.1 | $ 37.50 | Correspond with Dot Line | 100% | $ 37.50 |
| 8/5/2013 9/13/2013 | Ben Byer Invoice=6171338 | 1 | $ 375.00 | Strategize motion for contempt and motion to dismiss with W. Rheaume and B. Soltani; correspond with local counsel regarding meet and confer requirements | 30% | $ 112.50 |
| 8/5/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 2 | $ 720.00 | Begin drafting a motion for holding of civil contempt against Millionway and related parties | 100% | $ 720.00 |
| 8/6/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 8.6 | $ 3,096.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer and W. Rheaume re same | 100% | $ 3,096.00 |
| 8/6/2013 9/13/2013 | Ben Byer Invoice=6171338 | 3.5 | $ 1,312.50 | Conduct legal research regarding Texas unfair competition and tortious interference claims; draft summary of findings; strategize meet and confer obligations with B. Soltani; review and revise letter; oversee finalization and service of letter | 50% | $ 656.25 |
| 8/6/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.5 | $ 307.50 | Confer with B. Soltoni regarding enforcement of injunction against third-parties | 100% | $ 307.50 |
| 8/6/2013 9/13/2013 | Daniel Davies Invoice=6171338 | 4.2 | $ 1,323.00 | ███████████████████ ████ | 0% | $ - |
| 8/6/2013 9/13/2013 | Connelly Johnson Invoice=6171338 | 0.3 | $ 61.50 | ████████████████████ | 0% | $ - |
| 8/6/2013 9/13/2013 | Jennifer L. Brockett Invoice=6171338 | 0.5 | $ 252.50 | Advise regarding local rules and procedures for pursuing contempt sanctions | 100% | $ 252.50 |
| 8/7/2013 9/13/2013 | Daniel Davies Invoice=6171338 | 3.1 | $ 976.50 | ███████████████████ ████████ | 0% | $ - |
| 8/7/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 1.5 | $ 922.50 | Review and revise draft response to opposing counsel's emails; Confer with B. Byer regarding | 100% | $ 922.50 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | strategy and tactics; Review and discuss email from opposing counsel and B. Byer | | |
| 8/7/2013 9/13/2013 | Ben Byer Invoice=6171338 | 2 | $ 750.00 | Prepare for and participate in meet and confer with counsel for Millionway, XP Photo and Mr. Hsu; analyze correspondence from the counsel for plaintiffs; strategize response to the same with W. Rheaume; draft response to counsel for Millionway, XP Photo and Mr. Hsu; legal research regarding choice of law for Millionway's state law claims | 80% | $ 600.00 |
| 8/7/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 3.1 | $ 1,116.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same | 100% | $ 1,116.00 |
| 8/8/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 5.3 | $ 1,908.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re facts relating to Millionway's continued infringing activities; confer with W. Rheaume and B. Byer re the contempt motion | 100% | $ 1,908.00 |
| 8/8/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 2.6 | $ 1,599.00 | Review order of contempt in Disney v. Movie Goods; Review Otero contempt proceedings; prepare for and participate in meeting with team; Review and discuss factual res; Confer with B. Byer regarding proof of violation; Review and revise email to opposing counsel regarding scope and nature of violation of injunction; Review and discuss email from opposing counsel concerning contact with represented individuals; Confer with B. Byer regarding Motion to Dismiss and Motion for Order to Show Cause strategy; Discuss best procedural approach on contempt issue | 100% | $ 1,599.00 |
| 8/8/2013 9/13/2013 | Daniel Davies Invoice=6171338 | 2.7 | $ 850.50 | ██████████████████████████ | 0% | $ - |
| 8/8/2013 9/13/2013 | Bret Masterson Invoice=6171338 | 1.2 | $ 246.00 | Search for decisions by Judge Otero on contempt motions; find and retrieve briefing from contempt motion decided by Judge Otero; for B. Soltani. | 100% | $ 246.00 |
| 8/8/2013 9/13/2013 | Ben Byer Invoice=6171338 | 6.6 | $ 2,475.00 | Draft letter to clerk regarding structure of motion for contempt; legal research regarding choice of law; draft outline motion to dismiss; strategize structure of motion for contempt with B. Soltani and W. Rheaume; locate evidence in support of motion for contempt; draft litigation hold letter | 80% | $ 1,980.00 |
| 8/9/2013 9/13/2013 | Ben Byer Invoice=6171338 | 7.9 | $ 2,962.50 | ██████████████████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 8/9/2013 9/13/2013 | Daniel Davies Invoice=6171338 | 4.1 | $ 1,291.50 | ████████████████ | 0% | $ - |
| 8/9/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 1.8 | $ 1,107.00 | Confer with B. Byer regarding email to opposing counsel; review and revise same; Review CA proceeding documents, TX complaints; review and revise litigation hold letter; Confer with B. Byer regarding scope of injunction, emails possibly from Fink or Millionway | 90% | $ 996.30 |
| 8/11/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 3.1 | $ 1,116.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties | 100% | $ 1,116.00 |
| 8/12/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 5.5 | $ 1,980.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same | 100% | $ 1,980.00 |
| 8/12/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.2 | $ 123.00 | ████████████████ | 0% | $ - |
| 8/12/2013 9/13/2013 | Ben Byer Invoice=6171338 | 6.5 | $ 2,437.50 | ████████████████ | 0% | $ - |
| 8/13/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.2 | $ 123.00 | Confer with B. Byer regarding status of Motion to Dismiss, Motion for Contempt | 50% | $ 61.50 |
| 8/13/2013 9/13/2013 | Andrew Hall Invoice=6171338 | 0.6 | $ 342.00 | Analysis, coordination and correspondence regarding project and teleconference with B. Byers and L. Rose regarding filing, background and procedural issues | 100% | $ 342.00 |
| 8/13/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 8 | $ 2,880.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same; confer with paralegal re preparing exhibits and declarations | 100% | $ 2,880.00 |
| 8/13/2013 9/13/2013 | Ben Byer Invoice=6171338 | 4.5 | $ 1,687.50 | Review and revise draft motion; correspond with local counsel regarding filing requirements; strategize cite checking process with paralegals; conference with A. Patrick regarding coordination of Texas filings; analyze draft motion for contempt; review and revise; locate materials in support of the same; strategize motion with B. Soltani | 90% | $ 1,518.75 |
| 8/13/2013 9/13/2013 | Nara Neves Invoice=6171338 | 6.4 | $ 1,536.00 | Fact check and cite check motion to dismiss; discussion with B. Byer regarding case background; discussion with B. Soltani regarding contempt motion | 30% | $ 460.80 |
| 8/13/2013 9/13/2013 | Connelly Johnson Invoice=6171338 | 0.6 | $ 123.00 | ████████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 8/13/2013 9/13/2013 | Loring Rose Invoice=6171338 | 0.4 | $ 150.00 | Attorney conference with A. Hall regarding contempt motion filing in Central DIstrict of California | 100% | $ 150.00 |
| 8/14/2013 9/13/2013 | Nara Neves Invoice=6171338 | 6.7 | $ 1,608.00 | Finalize cite check of motion to dismiss and proofread same; fact check contempt motion; draft declaration of Ben Byer in support of contempt motion; assemble exhibits to same | 70% | $ 1,125.60 |
| 8/14/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 10 | $ 3,600.00 | Continue drafting the motion for holding of civil contempt against Millionway and related parties | 100% | $ 3,600.00 |
| 8/14/2013 9/13/2013 | Bret Masterson Invoice=6171338 | 1 | $ 205.00 | Search for connections between Tim Hsu and Carry Speed, for B. Byer | 100% | $ 205.00 |
| 8/14/2013 9/13/2013 | Ben Byer Invoice=6171338 | 7.2 | $ 2,700.00 | Update motion to dismiss in response to comments of local counsel; strategize motion for contempt with B. Soltani; review and revise motion for contempt; legal research in support of motion for contempt; factual research regarding Tim Hsu of Millionway; create exhibits in support of motion for contempt | 80% | $ 2,160.00 |
| 8/15/2013 9/13/2013 | Bobby Soltani Invoice=6171338 | 6.2 | $ 2,232.00 | Continue drafting the motion for holding of civil contempt against Millionway and related parties | 100% | $ 2,232.00 |
| 8/15/2013 9/13/2013 | Bret Masterson Invoice=6171338 | 0.2 | $ 41.00 | Run WestCheck report on citations in motion for contempt, for J.Cygnor | 100% | $ 41.00 |
| 8/15/2013 9/13/2013 | Ben Byer Invoice=6171338 | 7.6 | $ 2,850.00 | Update introduction and request for relief section of motion for contempt; draft proposed order; review and revise motion; draft declaration for Ms. Whipple; oversee citation checking; update motion to dismiss in response to comments of W. Rheaume; correspond with local counsel in Texas regarding motion to dismiss; conference with local counsel in California regarding requirements for motion for contempt | 80% | $ 2,280.00 |
| 8/15/2013 9/13/2013 | Nara Neves Invoice=6171338 | 6.5 | $ 1,560.00 | Continue work on fact check of contempt motion; assemble additional exhibits to motion and make edits to declarations of Ben Byer and Candice Whipple in support of contempt motion | 100% | $ 1,560.00 |
| 8/15/2013 9/13/2013 | Jennifer Cygnor Invoice=6171338 | 2.4 | $ 564.00 | Cite check motion for contempt and sanctions | 100% | $ 564.00 |
| 8/15/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 1.9 | $ 1,168.50 | Review and revise motion for contempt; Review and revise draft Motion to Dismiss; Meeting with B. Byer regarding timing and strategy; review and revise Motions to Dismiss | 30% | $ 350.55 |
| 8/15/2013 9/13/2013 | Ross Boundy Invoice=6171338 | 0.3 | $ 189.00 | Intraoffice conference with B. Byer regarding summary of status and strategy regarding motion for contempt in California action and motion to | 50% | $ 94.50 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | dismiss Texas action | | |
| 8/16/2013 9/13/2013 | Jennifer Cygnor Invoice=6171338 | 0.9 | $ 211.50 | Cite check motion for contempt and sanctions and proof table of authorities | 100% | $ 211.50 |
| 8/16/2013 9/13/2013 | Andrew Hall Invoice=6171338 | 0.9 | $ 513.00 | Supervise filing, correspondence regarding same | 100% | $ 513.00 |
| 8/16/2013 9/13/2013 | Daniel Davies Invoice=6171338 | 0.7 | $ 220.50 | ███████████████████ | 0% | $ - |
| 8/16/2013 9/13/2013 | Ben Byer Invoice=6171338 | 7.7 | $ 2,887.50 | Review and revise motion for contempt in California; revise exhibits to B. Byer declaration; update declaration of Ms. Whipple in response to information from Black Rapid; finalize B. Byer declaration; oversee filing of motion for contempt | 100% | $ 2,887.50 |
| 8/16/2013 9/13/2013 | Ross Boundy Invoice=6171338 | 0.3 | $ 189.00 | Intraoffice conference with B. Byer regarding overview and update on strategy, including motion for contempt and motion to dismiss or transfer Texas action | 50% | $ 94.50 |
| 8/16/2013 9/13/2013 | Nara Neves Invoice=6171338 | 4.5 | $ 1,080.00 | Proofread contempt motion and supporting documents; finalize same for filing and assist with filing; discussion with B. Byer regarding additional exhibits to motions to dismiss | 80% | $ 864.00 |
| 8/17/2013 9/13/2013 | Nara Neves Invoice=6171338 | 3.8 | $ 912.00 | ███████████████████ | 0% | $ - |
| 8/19/2013 9/13/2013 | Ross Boundy Invoice=6171338 | 0.3 | $ 189.00 | ███████████████████ | 0% | $ - |
| 8/19/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.9 | $ 553.50 | ███████████████████ | 0% | $ - |
| 8/19/2013 9/13/2013 | Nara Neves Invoice=6171338 | 1.5 | $ 360.00 | ███████████████████ | 0% | $ - |
| 8/19/2013 9/13/2013 | Ben Byer Invoice=6171338 | 3.8 | $ 1,425.00 | ███████████████████ | 0% | $ - |
| 8/20/2013 9/13/2013 | Ben Byer Invoice=6171338 | 0.2 | $ 75.00 | ███████████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 8/20/2013 9/13/2013 | Ross Boundy Invoice=6171338 | 0.5 | $ 315.00 | Review motion to dismiss and for contempt | 50% | $ 157.50 |
| 8/21/2013 9/13/2013 | Ben Byer Invoice=6171338 | 1.7 | $ 637.50 | Analyze court rules as required by pro hac applications; conference with local counsel regarding initial procedures needed before court rules on motions to dismiss; strategize preparation for California hearing and Texas oppositions with W. Rheaume | 20% | $ 127.50 |
| 8/21/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 1.2 | $ 738.00 | ███████████████████ | 0% | $ - |
| 8/27/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.8 | $ 492.00 | ███████████████ | 0% | $ - |
| 8/27/2013 9/13/2013 | George Rondeau Invoice=6171338 | 0.7 | $ 416.50 | Conference with B. Byer regarding contempt motion status and failure of Millionway to respond | 100% | $ 416.50 |
| 8/27/2013 9/13/2013 | Ben Byer Invoice=6171338 | 1.7 | $ 637.50 | Analyze court rerecords to confirm no opposition; analyze local rules to confirm filing deadline; strategize response with W. Rheaume | 100% | $ 637.50 |
| 8/28/2013 9/13/2013 | Ross Boundy Invoice=6171338 | 0.2 | $ 126.00 | Intraoffice conference with B. Byer regarding defendants' failure to respond to contempt motion and going forward strategy | 100% | $ 126.00 |
| 8/28/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.4 | $ 246.00 | Confer with B. Byer regarding "Notice of Non-Opposition" | 100% | $ 246.00 |
| 8/30/2013 9/13/2013 | Warren Rheaume Invoice=6171338 | 0.8 | $ 492.00 | Meeting with B. Byer; review and revise draft Case Management Plan; Discuss consequences of non-opposition | 66% | $ 324.72 |
| 8/30/2013 9/13/2013 | Ben Byer Invoice=6171338 | 2.8 | $ 1,050.00 | ███████████████ | 0% | $ - |
| | | Sub Total | $ 105,387.50 | | | |
| ██████████████████████████████████ | | | | | | |
| 8/22/2013 | Ben Byer | 0.1 | $ 37.50 | ███████████████ | 0% | $ - |
| 9/3/2013 | Ben Byer | 1.5 | $ 562.50 | █████████████ motions to dismiss and motion for contempt | 0% | $ - |
| 9/3/2013 | Warren Rheaume | 0.2 | $ 123.00 | ███████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 9/4/2013 | Warren Rheaume | 2.4 | $ 1,476.00 | ██████████████ | 100% | $ - |
| 9/4/2013 | Jennifer L. Brockett | 0.3 | $ 151.50 | ██████████████ | 100% | $ - |
| 9/4/2013 | George Rondeau | 2.8 | $ 1,666.00 | Review papers filed by Millionway attorney to prepare for meeting at Black Rapid; conference with B. Byer regarding issues; conference at Black Rapid to discuss litigation | 100% | $ 1,666.00 |
| 9/4/2013 | Ben Byer | 4.3 | $ 1,612.50 | Correspond with team regarding recent filings; prepare for and participate in 26(f) conference with opposing counsel; prepare for and participate in meeting with Black Rapid; strategize response to Millionway opposition; begin outlining partial opposition to Millionway request to allow late filing | 80% | $ 1,290.00 |
| 9/5/2013 | Ben Byer | 6.3 | $ 2,362.50 | Complete outline response to motion to allow late filing; collect exhibits in support of partial opposition; oversee creation of declaration in support; draft partial opposition to request for late filing; draft response to opposition to motion for sanctions; update the same in response to comments of W. Rheaume; strategize filing issues with local counsel; draft reply in support of motion to dismiss Millionway's Texas complaint; update the same in response to comments of W. Rheaume | 80% | $ 1,890.00 |
| 9/5/2013 | Nara Neves | 1.4 | $ 336.00 | Prepare declaration regarding notice of non-opposition to Millionway's motion to accept late filing; retrieve and organize exhibits to same; fact check notice of non-opposition | 100% | $ 336.00 |
| 9/5/2013 | Warren Rheaume | 0.8 | $ 492.00 | ██████████████ | 0% | $ - |
| 9/6/2013 | Ben Byer | 0.4 | $ 150.00 | ██████████████ | 0% | $ - |
| 9/6/2013 | Ross Boundy | 0.2 | $ 126.00 | | 0% | $ - |
| 9/9/2013 | Ben Byer | 0.5 | $ 187.50 | Analyze response from court and strategize next steps in California | 100% | $ 187.50 |
| 9/9/2013 | Bret Masterson | 0.5 | $ 102.50 | ██████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | ████████████████ | | |
| 9/9/2013 | Warren Rheaume | 1.2 | $ 738.00 | Review and discuss Civil Minutes (0.20); Hearing preparation (1.0) | 100% | $ - |
| 9/9/2013 | George Rondeau | 0.3 | $ 178.50 | Review Minute Order of Court | 100% | $ 178.50 |
| 9/10/2013 | Warren Rheaume | 0.2 | $ 123.00 | Review and revise Joint Status Report | | |
| 9/10/2013 | Ben Byer | 1 | $ 375.00 | ████████████████ | 0% | $ - |
| 9/11/2013 | Ben Byer | 0.9 | $ 337.50 | ████████████████ | 0% | $ - |
| 9/11/2013 | Warren Rheaume | 0.3 | $ 184.50 | ████████████ | 0% | $ - |
| 9/11/2013 | George Rondeau | 0.4 | $ 238.00 | Review and respond to emails regarding new evidence of Carry Speed continued sale of infringing product | 100% | $ 238.00 |
| 9/17/2013 | Warren Rheaume | 0.2 | $ 123.00 | ████████████ | 0% | $ - |
| 9/17/2013 | Ben Byer | 0.9 | $ 337.50 | ████████████████ | 0% | $ - |
| 9/18/2013 | Ben Byer | 2.8 | $ 1,050.00 | ████████████████ | 0% | $ - |
| 9/19/2013 | Ben Byer | 1.8 | $ 675.00 | ████████████████ | 0% | $ - |
| 9/19/2013 | Warren Rheaume | 1.2 | $ 738.00 | ████████████████ | 0% | $ - |
| 9/20/2013 | Warren Rheaume | 0.8 | $ 492.00 | ████████████████ | 0% | $ - |
| 9/20/2013 | Ben Byer | 2.1 | $ 787.50 | ████████████████ | 0% | $ - |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| 9/23/2013 | Ben Byer | 2.3 | $ 862.50 | Analyze update draft JSR from Millionway; strategize response with W. Rheaume; draft response to counsel for Millionway; analyze updated sales information from Dot Line and compare with previous disclosures; draft letter to Black Rapid proposing response to recent Millionway sales; additional correspondence with counsel for Millionway; conference with counsel for Millionway; update papers in response to the same and circulate | 30% | $ 258.75 |
| 9/23/2013 | Warren Rheaume | 0.7 | $ 430.50 | Review and discuss inventory report on Dot Line, further enforcement actions (0.30); Meeting with B. Byer regarding Joint Status Report, enforcement strategy (0.40) | 75% | $ 322.88 |
| 9/24/2013 | Warren Rheaume | 1.4 | $ 861.00 | Meeting with B. Byer regarding enforcement of order (0.80); Review and discuss minute order (0.30); Joint Status Report and Joint Discovery/Case Management Plan issues (0.30) | 79% | $ 676.50 |
| 9/24/2013 | Ben Byer | 1.6 | $ 600.00 | Prepare for and participate in conference with counsel for Dot Line; analyze order granting motion for contempt and sanctions | 100% | $ 600.00 |
| 9/25/2013 | Ben Byer | 1.5 | $ 562.50 | Prepare for and participate in strategy meeting responding to order granting sanctions and finding contempt | 100% | $ 562.50 |
| 9/25/2013 | Warren Rheaume | 2.1 | $ 1,291.50 | Review and discuss supplemental authority on Motion to Dismiss; prepare for and participate in strategy meeting at Black Rapid | 50% | $ 645.75 |
| 9/26/2013 | Warren Rheaume | 1 | $ 615.00 | Further discussions regarding injunction compliance (0.20); Review and discuss defendants' online activity and modification (0.20); Meeting with B. Byer regarding fee application (0.40); Review and revise supplemental authority submission (0.2) | 100% | $ 615.00 |
| 9/26/2013 | Ben Byer | 5 | $ 1,875.00 | Analyze billing entries and allocate time in accordance with Court order; conference with Black Rapid regarding ongoing infringement; legal research in support of fee petition | 100% | $ 1,875.00 |
| 9/27/2013 | Warren Rheaume | 0.4 | $ 246.00 | Confer with B. Byer regarding fee application | 100% | $ 246.00 |
| 9/27/2013 | Ben Byer | 3.3 | $ 1,237.50 | Complete analysis of billing entries; draft petition for attorneys' fees; strategize with W. Rheaume regarding the same; draft declaration in support thereof; begin reviewing and revising the same | 100% | $ 1,237.50 |
| 9/30/2013 | Ben Byer | 3.8 | $ 1,425.00 | Review and revise draft fee petition and supporting declaration; analyze bills and allocate time according to Court's instructions; update draft motion in response | 100% | $ 1,425.00 |

| Work Date/ Billed Date | Name / Invoice Number | Hours | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|---|
| | | | | to the same; draft summary of sanctions and contempt order | | |
| | | Sub Total | $  25,769.50 | | | |
| | | | | **Total** | | **$ 89,623.15** |

| Work Date/ Billed Date | Name / Invoice Number | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|
| 6/11/2013 7/5/2013 | DWT DavisWrightTremaine Invoice=6156508 | $ 25.00 | Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 5/30/13 Courtesy copy to USDC Central | 100% | $ 25.00 |
| | Voucher=1148696 Paid | | Vendor=GLOBAL NETWORK LEGAL SUPPORT  Balance= .00  Amount= 5956.99 Check #212343 06/11/2013 | | |
| 6/12/2013 7/5/2013 | DWT DavisWrightTremaine Invoice=6156508 | $ 28.45 | Outside delivery service - - FED EX ERS - 06/12/13 Delivery to 126 York Street, Suite 200 Ottawa ON | 100% | $ 28.45 |
| | Voucher=1149925 Paid | | Vendor=FED EX ERS  Balance= .00  Amount= 351.81 Check #212927 06/19/2013 | | |
| 6/13/2013 7/5/2013 | DWT DavisWrightTremaine Invoice=6156508 | $ 150.00 | Outside delivery service - - ABC LEGAL SER INC - 05/13/13 For legal process serving services fee on Millionway International, Inc. | 100% | $ 150.00 |
| | Voucher=1149060 Paid | | Vendor=ABC LEGAL SERVICES INC  Balance= .00  Amount= 285.00 Check #212508 06/13/2013 | | |
| 6/13/2013 7/5/2013 | DWT DavisWrightTremaine Invoice=6156508 | $ 4.11 | Law library - - CREDIT CARD Photocopies Secretary of State (4 documents) (SEA) | 68% | $ 2.81 |
| | Voucher=1149081 Paid | | Vendor=CREDIT CARD  Balance= .00  Amount= 4.11 Check #212749 06/17/2013 | | |
| 6/13/2013 7/5/2013 | Ben Byer Invoice=6156508 | $ 57.92 | Miscellaneous Expense -- Benjamin Byer 06/13/2013 Samy's Camera F1 Foldable Mount Plate (related to case) | 68% | $ 39.58 |
| | Voucher=1149739 Paid | | Vendor=BENJAMIN BYER  Balance= .00  Amount= 57.92 Check #212889 06/19/2013 | | |
| 6/30/2013 7/5/2013 | DWT DavisWrightTremaine Invoice=6156508 | $ 80.00 | Long distance telephone charges, per B. | 100% | $ 80.00 |
| 7/3/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 | $ 150.00 | Outside delivery service - - ABC LEGAL SER INC - 06/12/13 For legal process serving services fee on Millionway International, Inc., per M. Boyd | 100% | $ 150.00 |
| | Voucher=1152107 Paid | | Vendor=ABC LEGAL SERVICES INC  Balance= .00  Amount= 1538.75 Check #214093 07/03/2013 | | |
| 7/9/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 | $ 26.50 | Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 6/24/13 Courtesy copy to USDC Central | 100% | $ 26.50 |
| | Voucher=1152740 Paid | | Vendor=GLOBAL NETWORK LEGAL SUPPORT  Balance= .00  Amount= 5081.25 Check #214471 07/09/2013 | | |
| 7/15/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 | $ 4.11 | Law library - - CREDIT CARD Photocopies Secretary of State (4 documents) (SEA) | 68% | $ 2.81 |
| | Voucher=1153462 Paid | | Vendor=CREDIT CARD  Balance= .00  Amount= 4.11 Check #214887 07/15/2013 | | |
| 7/17/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 | $ 10.00 | Outside delivery service - - ABC LEGAL SERVICES INC - 06/20/13 For pick up and delivery services fee, per M. Boyd | 100% | $ 10.00 |
| | Voucher=1153857 Paid | | Vendor=ABC LEGAL SERVICES INC  Balance= .00  Amount= 1346.00 Check #215094 07/17/2013 | | |
| 7/17/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 | $ 100.00 | Outside delivery service - - ABC LEGAL SERVICES INC - 06/20/13 For legal process serving services fee on E'Bay's Registered Agent, per M. Boyd | 100% | $ 100.00 |
| | Voucher=1153857 Paid | | Vendor=ABC LEGAL SERVICES INC  Balance= .00  Amount= 1346.00 Check #215094 07/17/2013 | | |

Cost Allocation

| Work Date/ Billed Date | Name / Invoice Number | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|
| 7/18/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 Voucher=1154018 Paid | $ 1.00 | Law library - - TLO LLC TLOxp Public Doc 06/13 (SEA) Vendor=TLO LLC  Balance= .00  Amount= 265.00 Check #215334  07/19/2013 | 68% | $ 0.68 |
| 7/18/2013 8/16/2013 | DWT DavisWrightTremaine Invoice=6165363 Voucher=1154044 Paid | $ 7.20 | Law library - - PACER SERVICE CENTER Pac (Public Access To Court Records) 06/13 (SEA) Vendor=PACER SERVICE CENTER  Balance= .00  Amount= 438.10 Check #215332  07/19/2013 | 68% | $ 4.92 |
| 8/9/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 20.23 | Lexis-Nexis (billed at cost) computerized research 08/09/13 per D. Davies | 0% | $ - |
| 8/13/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 381.42 | West Publishing (billed at cost) computeri legal research 08/13/13 per C. Johnson | 68% | $ 260.63 |
| 8/14/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 Voucher=1157326 Paid | $ 1,077.50 | Professional services - - JACKSON WALKER LL 08/09/13 For legal consulting services rendered, per G. Rondeau, Jr. Vendor=JACKSON WALKER LLP  Balance= .00  Amount= 1077.50 Check #217075  08/14/2013 | 0% | $ - |
| 8/14/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 Voucher=1157327 Paid | $ 258.00 | Professional services - - JACKSON WALKER LL 08/09/13 For legal consulting services rendered fee, per G. Rondeau, Jr. Vendor=JACKSON WALKER LLP  Balance= .00  Amount= 258.00 Check #217075  08/14/2013 | 0% | $ - |
| 8/14/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 111.03 | West Publishing (billed at cost) computeri legal research 08/14/13 per N. Neves | 68% | $ 75.87 |
| 8/15/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 203.56 | West Publishing (billed at cost) computeri legal research 08/15/13 per J. Cygnor | 68% | $ 139.10 |
| 8/15/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 173.75 | West Publishing (billed at cost) computeri legal research 08/15/13 per B. Masterson | 68% | $ 118.73 |
| 8/16/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 20.23 | Lexis-Nexis (billed at cost) computerized research 08/16/13 per D. Davies | 0% | $ - |
| 8/17/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 179.92 | West Publishing (billed at cost) computeri legal research 08/17/13 per N. Neves | 68% | $ 122.94 |
| 8/18/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 | $ 25.71 | West Publishing (billed at cost) computeri legal research 08/18/13 per N. Neves | 68% | $ 17.57 |
| 8/29/2013 9/13/2013 | DWT DavisWrightTremaine Invoice=6171338 Voucher=1159647 Paid | $ 5.00 | Legal services - - WASHINGTON STATE SUPREME COURT - 08/29/13 For obtaining Certificate of Good Standing fee, per W. Rheaume Vendor=SUPREME COURT OF WASHINGTON  Balance= .00  Amount= 5 | 0% | $ - |
| | Sub Total | $ 3,100.64 | Check #218233  08/29/2013 | | |

| | | | | | |
|---|---|---|---|---|---|
| 9/5/2013 | DWT DavisWrightTremaine Voucher=1160272 Paid | $ 2.05 | Law library services - - CREDIT CARD Photocopies / Texas Secretary of State (2 documents) (SEA) Vendor=CREDIT CARD  Balance= .00  Amount= 2.05 Check #219223  09/12/2013 | 68% | $ 1.40 |
| 9/17/2013 | DWT DavisWrightTremaine Voucher=1161837 Paid | $ 98.10 | Law library services - - PACER SERVICE C Pacer (Public Access To Court Records) 08/13 (SEA) Vendor=PACER SERVICE CENTER  Balance= .00  Amount= 710.20 Check #219766  09/20/2013 | 68% | $ 67.03 |

| Work Date/ Billed Date | Name / Invoice Number | Amount | Description | Allocation | Allocated Amount |
|---|---|---|---|---|---|
| 9/24/2013 | DWT DavisWrightTremaine | $ 25.00 | Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 9/3/13 Courtesy copy to Judge Otero | 100% | $ 25.00 |
| | Voucher=1162846 Paid | | Vendor=GLOBAL NETWORK LEGAL SUPPORT  Balance= .00  Amount= 4530.89 | | |
| | | | Check #220102  09/24/2013 | | |
| 9/24/2013 | DWT DavisWrightTremaine | $ 25.00 | Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 9/9/13 Courtesy copy to Judge Otero | 100% | $ 25.00 |
| | Voucher=1162846 Paid | | Vendor=GLOBAL NETWORK LEGAL SUPPORT  Balance= .00  Amount= | | |
| 10/2/2013 | DWT DavisWrightTremaine | $ 32.00 | Outside delivery service - - APEX ATTORNEY SERVICES INC - 8/19/13 Courtesy copies to USDC Central | 100% | $ 32.00 |
| | Voucher=1163910 Paid | | Vendor=APEX ATTORNEY SERVICES INC  Balance= .00  Amount= 1539 | | |
| | | | Check #220787  10/02/2013   4530.89 | | |
| | Sub Total | $ 182.15 | | | |
| | | | **Total** | | **$ 1,506.03** |

# EXHIBIT B



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Black Rapid, Inc.                                                July 05, 2013
517 Aloha St.                                              Invoice No. 6156508
Seattle, WA 98109

JULY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:       0083874-000111
Black Rapid, Inc. v. Millionway International, Inc. and DOT
Line Corp.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 06/05/13 | B. Byer | 0.80 | ██████████████████████████ |
| | | | ████████████████████████████ |
| 06/05/13 | B. Byer | 0.20 | ███████████████████ |
| 06/05/13 | R. Boundy | 0.20 | ██████████████████████ |
| 06/11/13 | B. Byer | 4.60 | ████████████████████████████ |
| | | | ███████████████████████████████ |
| | | | ██████████████████████████████ |
| | | | ██████████████████████████████ |
| | | | ████████████████████████████ |
| | | | ██████████████████████████████ |
| | | | ██████████ |
| 06/11/13 | C. Johnson | 0.30 | Research contact info for "XPPhoto Gear" for B Byer |
| 06/11/13 | C. Johnson | 0.10 | Research "Millonway Int'l" registered agent for B Byers |
| 06/11/13 | R. Boundy | 1.00 | Review Court Order and Injunction; intraoffice conference B. Byer and G. Rondeau regarding enforcement strategy; telephone conference with Ms. Whipple and Ms. Henry regarding same |
| 06/11/13 | G. Rondeau | 1.40 | Review Order and Injunction; telephone conference with client regarding enforcement of injunction; conference regarding implementation of same; review and revise draft notice letter to Millionway |
| 06/12/13 | B. Byer | 4.00 | Draft cease and desist letters; create exhibits in support of the same; analyze docket and Millionway notice of appearance |
| 06/12/13 | R. Boundy | 0.30 | Revise letter to Millionway and intraoffice conference |


**Davis Wright Tremaine LLP**

Black Rapid, Inc.
Invoice No. 6156508
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | with B. Byer regarding same; review Pro Hac Vice application Order for attorney Fink |
| 06/12/13 | G. Rondeau | 1.60 | Review Order Pro hac Vice granting admission of Millionway attorney to appear in case; conference with B. Byer; review and revise draft letters providing notice of injunction; review and revise draft letter to U.S. sales reps |
| 06/13/13 | B. Byer | 5.70 | Analyze letter from opposing counsel; legal research into local rules cited therein; conference with Ms. Whipple regarding the same; background research on opposing counsel; analyze new Carry Speed product with G. Rondeau; research operation of new product |
| 06/13/13 | R. Boundy | 2.60 | Review correspondence to Shopifey and Ms. Whipple; review pro hac vice application of new attorney Fink; review correspondence from opposing counsel regarding motion to vacate default judgment; intraoffice conference with B. Byer and telephone conference with Ms. Whipple regarding same; intraoffice conference with B. Byer regarding evaluation and defensive strategy regarding same; correspondence with new Millionway attorney regarding response to threat of motion to vacate; instruct associate regarding chronology and Local Rule review; review Local Rule for Motion to Vacate |
| 06/13/13 | G. Rondeau | 4.20 | Review several emails to Ms. Whipple; review email from David Fink, new litigation attorney for Millionway; locate prior letter from Adler referred to therein; review current product line of Carry Speed to determine products to be stopped; conferences with B. Byer regarding same |
| 06/14/13 | B. Byer | 2.50 | Analyze infringement issues with R. Boundy; analyze updated Carry Speed website; research changes to Carry Speed corporate registration; strategize method of stopping Carry Speed sales with G. Rondeau; legal research regarding opposing counsel |
| 06/14/13 | R. Boundy | 0.30 | Review background regarding attorney David Fink |
| 06/14/13 | G. Rondeau | 0.60 | Review revised website of Carry Speed; conference with B. Byer regarding same and identification as a Canadian based company |
| 06/17/13 | B. Byer | 6.60 | Factual in preparation for call with counsel for Carryspeed; draft timeline showing service and notice provided to Millionway regarding default; legal research regarding ability to set aside default based on excusable neglect; legal research regarding intervening rights; preliminary infringement analysis of new Carry Speed product; conference with counsel for Millionway |
| 06/17/13 | R. Boundy | 2.00 | Intraoffice conference with B. Byer and G. Rondeau regarding infringement analysis of Carry Speed F-1 product and analysis of intervening rights; telephone conference with Millionway new attorney; consider Shopify website and possible contempt motion |
| 06/17/13 | G. Rondeau | 2.60 | Conference with B. Byer and R. Boundy regarding conference with attorney for Millionway, intervening rights, new Carry Speed connector design and related |



Black Rapid, Inc.
Invoice No. 6156508
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | issues; review documents for prior trademark infringement action with Millionway and representations of Dr. Adler as IP attorney for Millionway; review new Carry Speed connector when supporting a camera with respect to claim coverage; conference with B. Byer regarding same; review intervening rights issue; conference with B. Byer regarding same |
| 06/18/13 | B. Byer | 5.20 | Analyze F1 product with R. Boundy and confirm infringement; analyze file wrapper and consider construction issues; legal research regarding intervening rights; draft letter to counsel for Millionway; draft letter to Shopify; research eBay takedown policy; research eBay presence of Millionway and authorized reseller; begin drafting letter to eBay |
| 06/18/13 | R. Boundy | 0.60 | Review correspondence with opposing counsel (Fink) regarding possible contempt motion; intraoffice conference with B. Byer regarding infringement analysis of Millionway F-1 strap and scope of possible intervening rights; consider response to Shopify |
| 06/19/13 | R. Boundy | 0.60 | Intraoffice conference with B. Byer regarding infringement analysis of Millionway F-1 Date and notice to Amazon and e-Bay regarding injunction; telephone conference with Ms. Whipple regarding status |
| 06/19/13 | G. Rondeau | 0.90 | Review draft take-down letter to Amazon; review emails regarding intervening rights |
| 06/20/13 | B. Byer | 2.40 | Draft response to Shopyify attaching copy of court pleadings; verify and record Shopify's compliance; oversee finalization of information packet to eBay; draft electronic version of letter to eBay and serve |
| 06/20/13 | R. Boundy | 0.20 | Interoffice conference B. Byer regarding Shopify agreement to take down Millionway infringing product |
| 06/20/13 | G. Rondeau | 0.60 | Review emails regarding take down of Carry Speed website advertisements; conference with B. Byer regarding status of matters |
| 06/21/13 | B. Byer | 3.60 | Conference with representative from Amazon.com regarding take down procedure and confirming no conflict issues; conference with new counsel for Dot Line; preliminary analysis of data provided by Dot Line; draft letter to Dot Line counsel; draft take down notice to Amazon.com |
| 06/23/13 | R. Boundy | 0.20 | ████████████████████████████ |
| 06/24/13 | B. Byer | 7.00 | Analyze Millionway complaint; draft summary of the same; research Fink admissions to Texas state bar; analyze updated Carry Speed website; correspond with Shopify regarding the same; draft updated eBay request; draft memo summarizing updates for Black Rapid; research potential local counsel; legal research regarding res judicata in the 5th Circuit |
| 06/24/13 | R. Boundy | 2.00 | Review file; review correspondence with Mr. Fink regarding purported compliance with injunction; review |


Davis Wright
Tremaine LLP

Black Rapid, Inc.
Invoice No. 6156508
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
|      |              |      | opposing counsel bar association status; intraoffice conference with B. Byer regarding same; review correspondence Shopify and correspondence with Ms. Whipple regarding suggested approaches; more analysis of Texas Complaint; intraoffice conference with B. Byer regarding Texas local counsel engagement, possible motion to dismiss under collateral estoppel, mandatory counterclaim and waiver; draft correspondence with opposing counsel regarding same |
| 06/24/13 | G. Rondeau | 1.60 | Review correspondence and Complaint filed in Texas by attorney for Millionway; review exchange of emails regarding same; conference with B. Byer regarding same and draft response letter to attorney for Millionway |
| 06/25/13 | B. Byer | 0.10 | Analyze updated Carry Speed website |
| 06/26/13 | B. Byer | 0.70 | Analyze eBay response; analyze Carry Speed web page for changes; research potential dispute with eBay reseller; correspond with eBay and Black Rapid regarding the same |
| 06/27/13 | B. Byer | 1.00 | Correspond with eBay; check status of take down requests; analyze correspondence from Dot Line and determine references products |
| 06/27/13 | G. Rondeau | 0.40 | Review email and products Dot Line is continuing to sell; conference with B. Byer regarding same |
| 06/28/13 | B. Byer | 0.90 | ███████████████████████ |
|          | Total Hours Worked | 69.60 | |

---

### DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Long distance telephone charges | 1 | $80.00 |
| Law library - - CREDIT CARD Photocopies / Texas Secretary of State (4 documents) (SEA) | 1 | $4.11 |
| Miscellaneous Expense -- Benjamin Byer 06/13/2013 Samy's Camera F1 Foldable Mount Plate (related to case) | 1 | $57.92 |
| Outside delivery service - - ABC LEGAL SERVICES INC - 05/13/13 For legal process serving services fee on Hai Zhang | 1 | $150.00 |
| Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 5/30/13 Courtesy copy to USDC Central | 1 | $25.00 |
| Outside delivery service - - FED EX ERS - 06/12/13 Delivery to 126 York Street, Suite 200 Ottawa ON | 1 | $28.45 |
| Outside delivery service - - ABC LEGAL SERVICES INC - 05/13/13 For legal process serving services fee on Millionway International, Inc. | 1 | $150.00 |
| West Publishing (billed at cost) computerized legal research 05/03/13 | 1 | $138.53 |
| Total Current Disbursements | | $634.01 |


**Davis Wright
Tremaine** LLP

Black Rapid, Inc.
Invoice No. 6156508
Page 5

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $31,640.00 |
| Total Current Disbursements | 634.01 |
| Total Current Invoice | $32,274.01 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $31,536.32 |
| Current Invoice | $32,274.01 |
| Total Balance Due This Matter | $63,810.33 |

George Rondeau



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Matter ID:     0083874-000111

July 05, 2013
Invoice No. 6156508

Black Rapid, Inc.
517 Aloha St.
Seattle, WA 98109

STATEMENT OF ACCOUNT
as of June 30, 2013

Current Invoice - 6156508              $32,274.01

Total Balance Due This Matter          $63,810.33

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Federal ID #91-0839480

www.dwt.com

Black Rapid, Inc.                                          August 16, 2013
517 Aloha St.                                         Invoice No. 6165363
Seattle, WA 98109

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0083874-000111
Black Rapid, Inc. v. Millionway International, Inc. and DOT
Line Corp.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 06/13/13 | B. Masterson | 1.70 | Background research on David Fink for B. Byer |
| 06/14/13 | B. Masterson | 1.30 | Background research on attorney David Fink for B. Byer |
| 06/24/13 | C. Johnson | 0.20 | |
| 07/01/13 | B. Byer | 0.60 | Analyze Carry Speed and Amazon.com websites; contact Amazon regarding take down notice; draft summary of issues for Black Rapid |
| 07/01/13 | R. Boundy | 0.40 | |
| 07/02/13 | B. Byer | 1.60 | |
| 07/02/13 | C. Robinson | 1.40 | Research issue of border enforcement of patented goods per B. Byer; review U.S. Customs website for same; email report to B. Byer regarding exclusion orders and Tariff Act procedures |
| 07/03/13 | B. Byer | 0.10 | Analyze Dot Line response regarding accessories |
| 07/03/13 | C. Robinson | 0.30 | Follow up response to B. Byer regarding Section 337 investigations |
| 07/05/13 | B. Byer | 1.00 | Analyze updated Carry Speed website; correspond with local counsel regarding Texas complaint; strategize ITC action with C. Robinson; draft proposed response to Dot Line |
| 07/05/13 | R. Boundy | 0.20 | |
| 07/08/13 | B. Byer | 1.20 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


Davis Wright
Tremaine LLP

Black Rapid, Inc.
Invoice No. 6165363
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/08/13 | R. Boundy | 0.20 | Review correspondence from local counsel regarding opposing counsel bar admission; intraoffice conference with B. Byer regarding website status and overall strategy |
| 07/09/13 | B. Byer | 0.30 | ███████████████ |
| 07/10/13 | C. Robinson | 0.60 | Review ITC rules for B. Byer regarding use of court decision |
| 07/15/13 | B. Byer | 1.30 | Strategize response to eBay with W. Rheaume; draft response letter; conference with B. Latham regarding enforcement and response strategy |
| 07/15/13 | W. Rheaume | 0.30 | Confer with B. Byer regarding enforcement of injunction |
| 07/18/13 | B. Byer | 2.40 | Preliminary analysis of Millionway and XP Texas complaints; contact Amazon.com requesting status update |
| 07/18/13 | A. Doran | 0.20 | |
| 07/19/13 | B. Byer | 0.60 | ███████████████ |
| 07/22/13 | B. Byer | 1.60 | Prepare for and participate in team strategy meeting; contact Dot Line regarding remaining product in inventory; conference with counsel for Dot Line |
| 07/22/13 | R. Boundy | 1.20 | Conference with Ms. Whipple and Messrs. Spraetz and Henry regarding overview, analysis and strategy regarding Motion for Contempt, discovery and joinder of Tim Shu; review correspondence regarding eBay agreement not to sell Carrryspeed infringing product |
| 07/23/13 | B. Byer | 0.10 | Analyze and reply to response from Amazon |
| 07/24/13 | B. Byer | 0.30 | Strategize motion for contempt with B. Soltani |
| | Total Hours Worked | 19.10 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Law library - - CREDIT CARD Photocopies / Texas Secretary of State (4 documents) (SEA) | 1 | $4.11 |
| Law library - - TLO LLC TLOxp Public Documents, 06/13 (SEA) | 1 | $1.00 |
| Law library - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 06/13 (SEA) | 1 | $7.20 |
| Outside delivery service - - ABC LEGAL SERVICES INC - 06/12/13 For legal process serving services fee on Millionway International, Inc., per M. Boyd | 1 | $150.00 |
| Outside delivery service - - GLOBAL NETWORK LEGAL SUPPORT - 6/24/13 Courtesy copy to USDC Central | 1 | $26.50 |
| Outside delivery service - - ABC LEGAL SERVICES INC - 06/20/13 For pick up and delivery services fee, per M. Boyd | 1 | $10.00 |
| Outside delivery service - - ABC LEGAL SERVICES INC - 06/20/13 For legal process serving services fee on E'Bay's Registered Agent, per M. Boyd | 1 | $100.00 |
| Total Current Disbursements | | $298.81 |


Davis Wright
Tremaine LLP

Black Rapid, Inc.
Invoice No. 6165363
Page 3

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $7,464.00 |
| Total Current Disbursements | 298.81 |
| Total Current Invoice | $7,762.81 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $63,810.33 |
| Less Payments Received as of 08/05/13 -<br>BLACK RAPID INC - CHECK #3256 | ($31,536.32) |
| Current Invoice | $7,762.81 |
| Total Balance Due This Matter | $40,036.82 |

George Rondeau



**DavisWright Tremaine** LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0083874-000111

August 16, 2013
Invoice No. 6165363

Black Rapid, Inc.
517 Aloha St.
Seattle, WA 98109

STATEMENT OF ACCOUNT
as of July 31, 2013

Current Invoice - 6165363                      $7,762.81

Total Balance Due This Matter              $40,036.82

PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine** LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Black Rapid, Inc.
517 Aloha St.
Seattle, WA 98109

September 13, 2013
Invoice No. 6171338

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0083874-000111
Black Rapid, Inc. v. Millionway International, Inc. and DOT
Line Corp.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 07/10/13 | B. Byer | 0.30 | Analyze Carry Speed activities |
| 08/02/13 | B. Byer | 0.10 | Correspond with Dot Line |
| 08/05/13 | B. Byer | 1.00 | Strategize motion for contempt and motion to dismiss with W. Rheaume and B. Soltani; correspond with local counsel regarding meet and confer requirements |
| 08/05/13 | B. Soltani | 2.00 | Begin drafting a motion for holding of civil contempt against Millionway and related parties |
| 08/06/13 | B. Byer | 3.50 | Conduct legal research regarding Texas unfair competition and tortious interference claims; draft summary of findings; strategize meet and confer obligations with B. Soltani; review and revise letter; oversee finalization and service of letter |
| 08/06/13 | D. Davies | 4.20 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 08/06/13 | B. Soltani | 8.60 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer and W. Rheaume re same |
| 08/06/13 | C. Johnson | 0.30 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 08/06/13 | J. Brockett | 0.50 | Advise regarding local rules and procedures for pursuing contempt sanctions |
| 08/06/13 | W. Rheaume | 0.50 | Confer with B. Soltani regarding enforcement of injunction against third-parties |
| 08/07/13 | B. Byer | 2.00 | Prepare for and participate in meet and confer with counsel for Millionway, XP Photo and Mr. Hsu; analyze correspondence from the counsel for plaintiffs; strategize response to the same with W. Rheaume; draft response to counsel for Millionway, XP Photo and Mr. Hsu; legal research regarding choice of law for Millionway's state law claims |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Black Rapid, Inc.
Invoice No. 6171338
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 08/07/13 | D. Davies | 3.10 | ███████████████████████████████████ |
| 08/07/13 | B. Soltani | 3.10 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same |
| 08/07/13 | W. Rheaume | 1.50 | Review and revise draft response to opposing counsel's emails; Confer with B. Byer regarding strategy and tactics; Review and discuss email from opposing counsel and B. Byer |
| 08/08/13 | B. Byer | 6.60 | Draft letter to clerk regarding structure of motion for contempt; legal research regarding choice of law; draft outline motion to dismiss; strategize structure of motion for contempt with B. Soltani and W. Rheaume; locate evidence in support of motion for contempt; draft litigation hold letter |
| 08/08/13 | D. Davies | 2.70 | ███████████████████████████ |
| 08/08/13 | B. Soltani | 5.30 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re facts relating to Millionway's continued infringing activities; confer with W. Rheaume and B. Byer re the contempt motion |
| 08/08/13 | B. Masterson | 1.20 | Search for decisions by Judge Otero on contempt motions; find and retrieve briefing from contempt motion decided by Judge Otero; for B. Soltani. |
| 08/08/13 | W. Rheaume | 2.60 | Review order of contempt in Disney v. Movie Goods; Review Otero contempt proceedings; prepare for and participate in meeting with team; Review and discuss factual res; Confer with B. Byer regarding proof of violation; Review and revise email to opposing counsel regarding scope and nature of violation of injunction; Review and discuss email from opposing counsel concerning contact with represented individuals; Confer with B. Byer regarding Motion to Dismiss and Motion for Order to Show Cause strategy; Discuss best procedural approach on contempt issue |
| 08/09/13 | B. Byer | 7.90 | ████████████████████████████████ |
| 08/09/13 | D. Davies | 4.10 | ████████████████████ |
| 08/09/13 | W. Rheaume | 1.80 | Confer with B. Byer regarding email to opposing counsel; review and revise same; Review CA proceeding documents, TX complaints; review and revise litigation hold letter; Confer with B. Byer regarding scope of injunction, emails possibly from Fink or Millionway |
| 08/11/13 | B. Soltani | 3.10 | Continue drafting a motion for holding of civil contempt against Millionway and related parties |
| 08/12/13 | B. Byer | 6.50 | ████████████████████████ |



Black Rapid, Inc.
Invoice No. 6171338
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | ███████████████ |
| 08/12/13 | B. Soltani | 5.50 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same |
| 08/12/13 | W. Rheaume | 0.20 | ████████████████ |
| 08/13/13 | B. Byer | 4.50 | Review and revise draft motion; correspond with local counsel regarding filing requirements; strategize cite checking process with paralegals; conference with A. Patrick regarding coordination of Texas filings; analyze draft motion for contempt; review and revise; locate materials in support of the same; strategize motion with B. Soltani |
| 08/13/13 | L. Rose | 0.40 | Attorney conference with A. Hall regarding contempt motion filing in Central DIstrict of California |
| 08/13/13 | B. Soltani | 8.00 | Continue drafting a motion for holding of civil contempt against Millionway and related parties; confer with B. Byer re same; confer with paralegal re preparing exhibits and declarations |
| 08/13/13 | C. Johnson | 0.60 | ████████████████████ |
| 08/13/13 | N. Neves | 6.40 | Fact check and cite check motion to dismiss; discussion with B. Byer regarding case background; discussion with B. Soltani regarding contempt motion |
| 08/13/13 | A. Hall | 0.60 | Analysis, coordination and correspondence regarding project and teleconference with B. Byers and L. Rose regarding filing, background and procedural issues |
| 08/13/13 | W. Rheaume | 0.20 | Confer with B. Byer regarding status of Motion to Dismiss, Motion for Contempt |
| 08/14/13 | B. Byer | 7.20 | Update motion to dismiss in response to comments of local counsel; strategize motion for contempt with B. Soltani; review and revise motion for contempt; legal research in support of motion for contempt; factual research regarding Tim Hsu of Millionway; create exhibits in support of motion for contempt |
| 08/14/13 | B. Soltani | 10.00 | Continue drafting the motion for holding of civil contempt against Millionway and related parties |
| 08/14/13 | B. Masterson | 1.00 | Search for connections between Tim Hsu and Carry Speed, for B. Byer |
| 08/14/13 | N. Neves | 6.70 | Finalize cite check of motion to dismiss and proofread same; fact check contempt motion; draft declaration of Ben Byer in support of contempt motion; assemble exhibits to same |
| 08/15/13 | B. Byer | 7.60 | Update introduction and request for relief section of motion for contempt; draft proposed order; review and revise motion; draft declaration for Ms. Whipple; oversee citation checking; update motion to dismiss in response to comments of W. Rheaume; correspond with local counsel in Texas regarding motion to dismiss; conference with local counsel in California regarding requirements for motion for contempt |



Black Rapid, Inc.
Invoice No. 6171338
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 08/15/13 | B. Soltani | 6.20 | Continue drafting the motion for holding of civil contempt against Millionway and related parties |
| 08/15/13 | B. Masterson | 0.20 | Run WestCheck report on citations in motion for contempt, for J.Cygnor |
| 08/15/13 | J. Cygnor | 2.40 | Cite check motion for contempt and sanctions |
| 08/15/13 | N. Neves | 6.50 | Continue work on fact check of contempt motion; assemble additional exhibits to motion and make edits to declarations of Ben Byer and Candice Whipple in support of contempt motion |
| 08/15/13 | R. Boundy | 0.30 | Intraoffice conference with B. Byer regarding summary of status and strategy regarding motion for contempt in California action and motion to dismiss Texas action |
| 08/15/13 | W. Rheaume | 1.90 | Review and revise motion for contempt; Review and revise draft Motion to Dismiss; Meeting with B. Byer regarding timing and strategy; review and revise Motions to Dismiss |
| 08/16/13 | B. Byer | 7.70 | Review and revise motion for contempt in California; revise exhibits to B. Byer declaration; update declaration of Ms. Whipple in response to information from Black Rapid; finalize B. Byer declaration; oversee filing of motion for contempt |
| 08/16/13 | D. Davies | 0.70 | █████████████████████████ |
| 08/16/13 | J. Cygnor | 0.90 | Cite check motion for contempt and sanctions and proof table of authorities |
| 08/16/13 | N. Neves | 4.50 | Proofread contempt motion and supporting documents; finalize same for filing and assist with filing; discussion with B. Byer regarding additional exhibits to motions to dismiss |
| 08/16/13 | R. Boundy | 0.30 | Intraoffice conference with B. Byer regarding overview and update on strategy, including motion for contempt and motion to dismiss or transfer Texas action |
| 08/16/13 | A. Hall | 0.90 | Supervise filing, correspondence regarding same |
| 08/17/13 | N. Neves | 3.80 | ████████████████████████████ |
| 08/19/13 | B. Byer | 3.80 | ████████████████████████████ |
| 08/19/13 | N. Neves | 1.50 | ████████████████████████████ |
| 08/19/13 | R. Boundy | 0.30 | ████████████████████████████ |
| 08/19/13 | W. Rheaume | 0.90 | ████████████████████████████ |



Black Rapid, Inc.
Invoice No. 6171338
Page 5

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 08/20/13 | B. Byer | 0.20 | ███████████████ |
| 08/20/13 | R. Boundy | 0.50 | ███████████████ |
| 08/21/13 | B. Byer | 1.70 | Analyze court rules as required by pro hac applications; conference with local counsel regarding initial procedures needed before court rules on motions to dismiss; strategize preparation for California hearing and Texas oppositions with W. Rheaume |
| 08/21/13 | W. Rheaume | 1.20 | Confer with B. Byer regarding procedural and substantive aspects of all cases; Discuss related litigation disclosure (LR 5.2), attorney-in-charge status (LR11), scheduling order and related issues; Review and discuss Joint Discovery Case Management Plan |
| 08/27/13 | B. Byer | 1.70 | Analyze court rerecords to confirm no opposition; analyze local rules to confirm filing deadline; strategize response with W. Rheaume |
| 08/27/13 | W. Rheaume | 0.80 | ███████████████ |
| 08/27/13 | G. Rondeau | 0.70 | Conference with B. Byer regarding contempt motion status and failure of Millionway to respond |
| 08/28/13 | R. Boundy | 0.20 | Intraoffice conference with B. Byer regarding defendants' failure to respond to contempt motion and going forward strategy |
| 08/28/13 | W. Rheaume | 0.40 | Confer with B. Byer regarding "Notice of Non-Opposition" |
| 08/30/13 | B. Byer | 2.80 | ███████████████s |
| 08/30/13 | W. Rheaume | 0.80 | Meeting with B. Byer; review and revise draft Case Management Plan; Discuss consequences of non-opposition |
|  | Total Hours Worked | 185.20 |  |

---

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Lexis-Nexis (billed at cost) computerized legal research 08/09/13 per D. Davies | 1 | $20.23 |
| Lexis-Nexis (billed at cost) computerized legal research 08/16/13 per D. Davies | 1 | $20.23 |
| Legal services - - WASHINGTON STATE SUPREME COURT - 08/29/13 For obtaining Certificate of Good Standing fee, per W. Rheaume | 1 | $5.00 |
| Professional services - - JACKSON WALKER LLP - 08/09/13 For legal consulting services rendered, per G. Rondeau, Jr. | 1 | $1,077.50 |
| Professional services - - JACKSON WALKER LLP - 08/09/13 For legal consulting services rendered fee, per G. Rondeau, Jr. | 1 | $258.00 |
| West Publishing (billed at cost) computerized legal research 08/13/13 per C. Johnson | 1 | $381.42 |



Davis Wright
Tremaine LLP

Black Rapid, Inc.
Invoice No. 6171338
Page 6

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| West Publishing (billed at cost) computerized legal research 08/14/13 per N. Neves | 1 | $111.03 |
| West Publishing (billed at cost) computerized legal research 08/15/13 per J. Cygnor | 1 | $203.56 |
| West Publishing (billed at cost) computerized legal research 08/15/13 per B. Masterson | 1 | $173.75 |
| West Publishing (billed at cost) computerized legal research 08/17/13 per N. Neves | 1 | $179.92 |
| West Publishing (billed at cost) computerized legal research 08/18/13 per N. Neves | 1 | $25.71 |
| Total Current Disbursements | | $2,456.35 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $66,784.50 |
| Total Current Disbursements | 2,456.35 |
| Total Current Invoice | $69,240.85 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $40,036.82 |
| Less Payments Received as of 08/26/13 - BLACK RAPID INC - CHECK #3310 | ($32,274.01) |
| Current Invoice | $69,240.85 |
| Total Balance Due This Matter | $77,003.66 |

George Rondeau



Davis Wright
Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0083874-000111

September 13, 2013
Invoice No. 6171338

Black Rapid, Inc.
517 Aloha St.
Seattle, WA 98109

## STATEMENT OF ACCOUNT
### as of August 31, 2013

Current Invoice - 6171338                    $69,240.85

Total Balance Due This Matter                $77,003.66

### PLEASE REMIT WITH PAYMENT